UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Loretha R Glover<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 20-18214<br><br>Chapter: 13<br>Honorable David D. Cleary |

### ORDER ON MOTION TO VACATE PAYROLL CONTROL ORDER

THIS CAUSE COMING ON TO BE HEARD on the Motion of Debtor, the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. The Debtor's Payroll Order entered on October 7, 2020 [doc. 13], is vacated.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: September 13, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600